UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| NICOLE SCHWEIHS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE FARM INSURANCE )<br>COMPANY, )<br>)<br>Defendant. ) | Case No. 2:18-CV-140 |

### DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, State Farm Mutual Automobile Insurance Company, by counsel, Galen A. Bradley of Kightlinger & Gray, LLP, and for its Motion for Summary Judgment, states as follows:

1. This matter arises from a motor vehicle accident which occurred on August 17, 2016 wherein the Plaintiff, Nicole Schweihs, was a passenger in the vehicle of Dylan Sherman, a State Farm insured, and during which the Sherman vehicle was struck by a vehicle operated by Anthony Ditola.

2. Schweihs brings an action for breach of contract against State Farm alleging State Farm improperly failed to pay benefits to Schweihs under the underinsured motor vehicle coverage provision of Sherman's policy of insurance.

3. However, because the undisputed evidence shows there are no genuine issues of material fact and the Defendant is entitled to judgment as a matter of law, this Court should grant State Farm's Motion for Summary Judgment.

WHEREFORE, the Defendant, State Farm Mutual Automobile Insurance Company, respectfully requests that this Court enter an Order granting Defendant's Motion for Summary Judgment, dismissing the Plaintiff's claims with prejudice, and for all other relief just and proper in the premises.

        Respectfully submitted,

        **KIGHTLINGER & GRAY, LLP**
        Attorney for Defendant

By: _/s/ Galen A. Bradley_

        Galen A. Bradley
        Attorney No. 18545-64

**KIGHTLINGER & GRAY, LLP**
8001 Broadway, Suite 100
Merrillville IN  46410
219/769-0413

180124\5723033-1