UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| NICOLE SCHWEIHS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-CV-140 |
| | ) | |
| STATE FARM INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Nicole Schweihs, by counsel, Joseph Bombagetti, and Defendant, State Farm Mutual Automobile Insurance Company, improperly named as State Farm Insurance Company, by counsel, Galen A. Bradley of Kightlinger & Gray, LLP, move the Court for dismissal with prejudice of Plaintiff's cause of action herein.  As grounds for this request, Plaintiff and Defendant show to the Court that all disputes with the parties have been resolved and fully settled.

Attorney for Plaintiff                                                  Attorneys for Defendant


s/Joseph Bombagetti                                              s/Galen A. Bradley
Joseph Bombagetti, #28417-45                              Galen A. Bradley, #18545-64
Kelly Law Offices                                                    **KIGHTLINGER & GRAY, LLP**
5521 Lincoln Highway, Suite 101                          8001 Broadway, Suite 100
Crown Point IN  46307                                           Merrillville IN  46410
Telephone:  219/791-0606                                    Telephone:  219/769-0413
                                                                                  Facsimile:  219/769-0798
                                                                                  gbradley@k-glaw.com